UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16 - 60096 - CR-SCOLA /OTAZO-REYES

18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

vs.

DENNIS RODRIGUEZ,

Defendant.

_____/

```
FILED BY _____ D.C.

APR 1 4 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 2, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

## DENNIS RODRIGUEZ,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the ammunition is:

(a)     Approximately 1,000 rounds of Winchester .22 caliber ammunition; and

(b)     Approximately 50 rounds of Winchester .380 caliber ammunition.

## COUNT 2

On or about July 9, 2015, in Broward County, in the Southern District of Florida, the defendant,

**DENNIS RODRIGUEZ,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

(a)     One (1) Glock .380 caliber pistol bearing serial number ABCE076; and

(b)     Approximately four (4) rounds of ammunition.

### COUNT 3

On or about July 7, 2015, in Broward County, in the Southern District of Florida, the defendant,

**DENNIS RODRIGUEZ,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

(a)     One (1) Sig Arms P320 9 millimeter pistol bearing serial number 5A8000537;

(b)     Approximately 150 rounds of Federal .40 caliber ammunition;

(c)     Approximately 200 rounds of Federal .22 caliber ammunition; and

(d)     Approximately 50 rounds of Federal 9 millimeter ammunition.

### FORFEITURE

1.     The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c),

and the procedures outlined at Title 21, United States Code, Section 853.

2. Upon the conviction of a violation of Title 18, United States Code, Section 922(g)(1), as alleged in counts 1 and 2 of the indictment, defendant, **DENNIS RODRIGUEZ**, shall forfeit to the United States, all of his interest in any ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d)(1), and as incorporated by Title 28, United States Code, Section 2461(c).

3. The property subject to forfeiture includes but is not limited to:

(a) Approximately 1,000 rounds of Winchester .22 caliber ammunition;

(b) Approximately 50 rounds of Winchester .380 caliber ammunition; and

(c) One (1) Glock .380 caliber pistol bearing serial number ABCE076.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461, and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

**DENNIS RODRIGUEZ,**

**Defendant.**

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

Miami ____   Key West ____
FTL _X_   WPB ____   FTP ____

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     __No__
    List language and/or dialect     _____

4.  This case will take     __3__     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I     0  to  5 days     _X_          Petty     _____
    II    6  to  10 days    ____         Minor     _____
    III   11 to  20 days    ____         Misdem.   _____
    IV    21 to  60 days    ____         Felony    _X_
    V     61 days and over  ____

6.  Has this case been previously filed in this District Court?     __NO__     (Yes or No)
    If yes:
    Judge: _____     Case No. _____
            (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     __NO__
    If yes:
    Magistrate Case No.     _____
    Related Miscellaneous numbers:     _____
    Defendant(s) in federal custody as of     _____
    Defendant(s) in state custody as of     _____
    Rule 20 from the District of     _____

    Is this a potential death penalty case?     _____ (Yes or No)

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____Yes     _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____Yes     _X_ No

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court A5500077

Penalty Sheet(s) attached     REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>DENNIS RODRIGUEZ</u>          **Case No**: _____

Counts:   1-3

<u>Possession of firearm and ammunition by convicted felon</u>

<u>18 U.S.C. § 922(g)</u>

**\* Max. Penalty:** 10 years' imprisonment; $250,000 fine; 3 years' supervised release; $100 special assessment.

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.